IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Raymond Orrand, Administrator,** *et al.*, | : | |
| | : | Civil Action 2:14-cv-1707 |
| Plaintiffs, | : | Judge Smith |
| v. | : | Magistrate Judge Abel |
| **West Asphalt Paving, Inc.,** | : | |
| Defendant. | | |

# <u>ORDER</u>

This matter is before the Clerk of the U.S. District Court upon Plaintiffs' November 10, 2014 Motion for Default Judgment (doc. 7).  Upon consideration of the foregoing, the Court finds that Defendant is in default for failure to plead to the Complaint and that a default judgment is authorized and appropriate pursuant to Rule 55(b)(1) of the Federal Rules of the Federal Rules of Civil Procedure.

It is therefore **ORDERED** and **ADJUDGED** that judgment is entered in favor of Plaintiffs, Raymond Orrand, *et al.*, and against Defendant West Asphalt Paving LLC as follows:

1. Audit findings/delinquent contributions for the period April 1, 2009 to October 1, 2011 in the amount of $2,375.20;

2. Interest in the amount of $1,745.40 calculated to November 15, 2014, plus $1.18 per day thereafter as long as the judgment remains unpaid;

3. Statutory interest in the amount of $1,745.40 calculated to November 15, 2014, plus $1.18 per day thereafter as long as the judgment remains unpaid;

4. Attorney fees in the amount of $818.00 and court costs in the amount of $400.00.

      s/ George C. Smith
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**